United States District Court
Southern District of Texas
**ENTERED**
September 11, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff/Respondent, | § | |
| | § | CIVIL ACTION NO. H-22-4270 |
| v. | § | (CRIMINAL NUMBER H-19-701-02) |
| | § | |
| MICHAEL LEWIS MILLER, | § | |
| | § | |
| Defendant/Petitioner. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order entered on this date, Civil Action No. H-22-4270 is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this 11th day of September, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE